## SHIRLEY v. UNION OIL & GAS CO.

### No. 515. Opinion Filed March 21, 1911.

### (114 Pac. 742.)

*Error from District Court, Kay County; W. M. Bowles, Judge.*

Action by John Shirley against the Union Oil & Gas Company. Judgment for defendant, and plaintiff brings error. Affirmed.

> *Pratt, Moss & Turner,* for plaintiff in error.
> *Tetirick & Curran,* for defendant in error.

DUNN, J. This case presents error from the district court of Kay county. September 28, 1906, plaintiff in error, as plaintiff, filed his petition against the defendant in error, as defendant, and Earnshaw & Kevan, as partners, for the purpose of foreclosing a subcontractor's lien. A stipulation has been filed by the parties in this court, agreeing that the judgment rendered in the case of *Christy v. Union Oil & Gas Co., ante,* 114 Pac. 740, shall be the judgment rendered in this case; the only difference being in the amount recovered, should recovery be had. It follows therefore, and in accordance therewith, that the judgment of the trial court is affirmed.

TURNER, C. J., and HAYES and KANE, JJ., concur; WILLIAMS, J., not participating.